# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR216** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RONALD L. NEWBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On August 20, 2008, the defendant requested leave to file an amended motion to suppress.  In support of this request (Filing 33), it is alleged:

4.  Defendant has asked for an enlargement of time within which to file motions due to the error in production of critical discovery materials relating to the search warrant, to-wit the products of a "trash pull" outside the Defendant's home where he and others live[.]

**IT IS ORDERED** that the movant shall, no later than **August 25, 2008**, file a written affidavit of counsel explaining the facts and circumstances of the "error in production of critical discovery materials" forming the basis for defendant's request (Filing 33).

**DATED August 21, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge