## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR216** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RONALD L. NEWBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 48).

IT IS ORDERED that the Defendant's amended motion in limine (Filing No. 48) will be heard at the conference held at 8:30 a.m. on the first day of trial.

DATED this 8th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge