IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR216** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RONALD L. NEWBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 48).

IT IS ORDERED that the Defendant's motion in limine (Filing No. 48) is denied as moot.

DATED this 4th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge